**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Cause No. 4:23-CR-00547-RWS** |
| **v.** ) | |
| ) | |
| **RAVEN A. POINTER,** ) | |
| ) | |
| **Defendant.** ) | |

### OBJECTION TO THE OFFICER REVISED PRE-SENTENCE REPORT

Comes now, Counsel for the Defendant, and makes the following objection to the newly filed Officer Revised Pre-Sentence Report (ECF Doc. 60).

1.  The defendant objects to paragraphs 26, 27, 37 and 40 of the Officer Revised Pre-Sentence Report.  Counsel has reviewed the material provided to him by the Government in regard to the matters brought forth in the Revised Pre-Sentence Report and would submit that Defendant's conduct does not amount to any sort of attempted obstruction of justice nor was she in violation of any Court order or did anything that would necessitate rescinding her Acceptance of Responsibility reduction.

2.  Counsel and the Government have discussed this matter and neither Party would have any objections to the Court reviewing the recorded jail video calls that are referenced in the Revised Pre-sentence Report prior to the Sentencing Hearing.  Also, Counsel would have no objection to having a conference call with the Parties and the Court to discuss further steps regarding this issue and the upcoming Sentencing Hearing.

This objection does <u>not</u> affect the guideline calculations and the sentencing range referenced in the PSR, but Defendant believes these revisions are very prejudicial and could have various effects on her as she is transferred to the Bureau of Prisons.

                                      RADEFELD LAW GROUP, LLC.

                            By: */s/ Matthew A. Radefeld*
                                MATTHEW A. RADEFELD (#52288MO)
                                Attorney for Defendant
                                7711 Bonhomme Ave., Suite 710
                                Clayton, Missouri 63105
                                (314) 341-0374

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 30, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Tiffany Becker
Asst. United States Attorney

                                      */s/ Matthew A. Radefeld*
                                      MATTHEW A. RADEFELD