UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23CR00547 RWS |
| | ) | |
| RAVEN AINESIS POINTER, | ) | |
| | ) | |
| Defendant. | ) | |

**VICTIM IMACT STATEMENT**

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Tiffany G. Becker, Assistant United States Attorney for said District, and files the attached victim impact statement – Exhibit 1.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Tiffany G. Becker*
TIFFANY G. BECKER, #46314MO
Assistant United States Attorney
111 South Tenth Street, Room 20.333
Saint Louis, MO 63102
(314) 539-2200
tiffany.becker@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 5, 2025, a true and accurate copy of this document was filed with the Court's electronic file-management system for service upon all counsel of record.

*/s/ Tiffany G. Becker*
TIFFANY G. BECKER, #46314MO
Assistant United States Attorney

1