**From:** T███ S███████ <>
**Sent:** Wednesday, January 15, 2025 5:59 PM
**To:** Berkley, Danielle (USAMOE) <████████████████>
**Subject:** [EXTERNAL] Re: US v. Raven Pointer case# 23-CR-00547

To the courts I want to thank you for allowing me the opportunity to send this. P█████ and myself lives will never be the same after my soon to be ex-wife arrest date. I dropped her off at work with a last kiss and has since NEVER seen or touched her again. Imagine your love being snatched in a matter of hours. Life filled with sleepless nights, breathtaking greif, anger, confusion, disbelief, and now some hate that the mother of my child could ever do this to our baby girl, our and only child, not being able to conceive anymore. All this on top of P█████ my sweet baby girl who was exposed by her mother to the sick man wishing mommy was here, playing with dolls imaging mommy was playing with her, or starting her first days of school with no mom, christmas, no mom. Her long eye locking stares into imagination as to where mommy could be often saying i hope she's okay i hope she is thinking of me. Laying my kid down to have to find a space in another part of the house to cry my eyes out, not being able to tell my five year old her mommy is gone due to her sick mind and sick relationship with this man. I pray God's mercy for both of them and forgiving them is hard but it's best for me so I can raise my beautiful baby girl and be the super hero knows me to be and though I couldn't save her from these two sick people God has and I'm so greatful. With that being said P█████ and I have lost everything, no dual income and not being able to work as much to put her through school while being present has played huge roles in our life change as well. Even Still struggling to gain stability and normalcy for P█████ can't erase the love we have for Raven !

P█████ loves you and misses you Raven

She'll never forget you and knows who her momma is !


***Following the reading of the plea agreement, specifically the facts of the case, Mr. S███████ had an additional comment for the Court. It is as follows via email:

**From:** T███ S███████ <>
**Sent:** Thursday, January 16, 2025 2:23 PM
**To:** Berkley, Danielle (USAMOE) <████████████████>
**Subject:** Re: [EXTERNAL] Re: US v. Raven Pointer case# 23-CR-00547

with reading this tell the courts show no mercy